Johann Helmprecht, Appellant, *v.* Jason Marvin Bowen, Respondent.

*Leave to sue as a poor person — assignment of an attorney to conduct the case — no compensation — Code of Civil Procedure, section* 460.

The court is not obliged to assign to conduct a case the attorney designated by a party applying for leave to sue as a poor person.

Section 460 of the Code of Civil Procedure requires that the attorney designated shall agree to conduct the action without compensation.

Appeal by the plaintiff, Johann Helmprecht, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 24th day of May, 1895, denying the plaintiff's application for leave to sue as a poor person.

An application was made by the plaintiff in an action for leave to sue as a poor person, and that a certain attorney be assigned to him as counsel to prosecute the action.

*Robert Goeller*, for the appellant.

*Blair & Rudd*, for the respondent.

Per Curiam:

The order should be affirmed. It is evident from the affidavits of the plaintiff that he is reckless in his averments. The court is not

required to assign an attorney designated by the party applying. Furthermore, the proposed attorney in the case at bar nowhere agrees to conduct the action without compensation, as required by section 460 of the Code of Civil Procedure.

The order must be affirmed, with ten dollars costs and disbursements.

Present — VAN BRUNT, P. J., O'BRIEN and PARKER, JJ.

Order affirmed, with ten dollars costs and disbursements.